B. Parker Jones (OSB# 191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence Street
Eugene, Oregon 97401
(541) 344-3505
parker@tebbuttlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Forest Service Employees for Environmental Ethics,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Forest Service, and David Warnack,<br><br>Defendants. | Case No.: 6:21-cv-01228-MC<br><br>REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY |

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows:

> During the period of time when the complaint was being filed, our internet service was intermittent causing navigation to freeze or stick. Multiple navigation buttons, including refresh, were clicked to ascertain whether the system need to be rebooted or whether it would continue to function, and next page that appeared was an error page on payment screen. Upon reloading, we were prompted to make what resulted in the duplicate payment without our knowledge.

Attached hereto is supporting documentation including a copy of the electronic payment receipt and a copy of the Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which the payment was made.

DATED this 25th of August, 2021.

s/ B. Parker Jones
B. Parker Jones (OSB # 191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence Street
Eugene, OR 97401
(541) 344-3505
parker@tebbuttlaw.com

**From:** info@ord.uscourts.gov
**Subject:** Activity in Case 6:21-cv-01228-MC Forest Service Employees for Environmental Ethics v. U.S. Forest Service et al Refund Request Due
**Date:** August 19, 2021 at 9:00 AM
**To:** nobody@ord.uscourts.gov

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 8/19/2021 at 8:59 AM PDT and filed on 8/19/2021

| | |
|---|---|
| **Case Name:** | Forest Service Employees for Environmental Ethics v. U.S. Forest Service et al |
| **Case Number:** | 6:21-cv-01228-MC |
| **Filer:** | Forest Service Employees for Environmental Ethics |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**A duplicate payment in the amount of $402.00 was submitted by Forest Service Employees for Environmental Ethics in the above-referenced case. For information on refund procedures, visit Requesting a Refund of Electronically Paid Fees on the Court website.. Refund Request is Due 8/30/2021. (lp)**

**6:21-cv-01228-MC Notice has been electronically mailed to:**

Parker Jones parker@tebbuttlaw.com

Timothy M. Bechtold tim@bechtoldlaw.net

**6:21-cv-01228-MC Notice will not be electronically mailed to:**

**From:** info@ord.uscourts.gov
**Subject:** Activity in Case 6:21-cv-01228-MC Forest Service Employees for Environmental Ethics v. U.S. Forest Service et al Complaint
**Date:** August 18, 2021 at 4:08 PM
**To:** nobody@ord.uscourts.gov

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered by Jones, Parker on 8/18/2021 at 4:07 PM PDT and filed on 8/18/2021

| | |
|---|---|
| **Case Name:** | Forest Service Employees for Environmental Ethics v. U.S. Forest Service et al |
| **Case Number:** | 6:21-cv-01228-MC |
| **Filer:** | Forest Service Employees for Environmental Ethics |
| **Document Number:** | 1 |
| **Judge(s) Assigned:** | Michael J. McShane (presiding) |

**Docket Text:**
**Complaint. Filing fee in the amount of $402 collected. Agency Tracking ID: AORDC-8199174 Jury Trial Requested: No. Filed by Forest Service Employees for Environmental Ethics against All Defendants (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Civil Cover Sheet, # (4) Proposed Summons, # (5) Proposed Summons, # (6) Proposed Summons). (Jones, Parker)**

**6:21-cv-01228-MC Notice has been electronically mailed to:**

Parker Jones parker@tebbuttlaw.com

Timothy M. Bechtold tim@bechtoldlaw.net

**6:21-cv-01228-MC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-0] [
717fddeb3deb5f735f7a159578106007d0ec6b05edc5b8b5f0e5b488d0ef7f2aec320d
45ec4fac3f3cc6b144596c33a4c782c2cdb14f1bbebd34496c28b71442]]
**Document description:**Exhibit
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-1] [
47b375ba3812e4226bfc1d2d238572123787455a647850d8caa8da5cb2604edc35a8f4
f3533168a879b45dc79854853e18932973f15c4c05281e7c1788f20056]]
**Document description:**Exhibit
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-2] [
62dd8f1678b3f99128a5042e3a45d0cb8d246533ac8c70048a91583154b11e9046bd1b
ff71767316e280f496ec87d66ca405827786eacf231daf07898e624a6d]]
**Document description:**Civil Cover Sheet
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-3] [
3cdfb4cd20980781cfe40c1b4be91cd62eb2694d2b268b20c4cc7b49bc01e18a4c7513
4d46068c0ccc02e3b8bb63cdfdddc5e046ce49462aa939689663811648]]
**Document description:**Proposed Summons
**Original filename:**Not Available

**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-4] [
6ef200237777148ea64c0ba4f646e4689e1704bc758e5fade24852c12e8f002a3875b0
7488a4cce0e144ca99deb70ef40a178e79b59a6619e1506fc6d4927efa]]
**Document description:**Proposed Summons
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-5] [
27d1eb70a6c3864608cb6cab2f184cd166f92e0c6879e57213765601cdf41771f6a74d
5d3bbb70fa4cf7da9214da632e98f53fc7097ad303b14df1a0833c4473]]
**Document description:**Proposed Summons
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/18/2021] [FileNumber=7540939-6] [
2d100d61b3caa8eb5c0e31a8377c2bc5be225ede884d021d7741dea7dc59668e6d4644
7def2251055eeb9f0003fa7bd37cbe3c34f936f16e534db4e216c40f70]]

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: OREGON DISTRICT COURT
**Date:** August 18, 2021 at 3:56 PM
**To:** parker@tebbuttlaw.com

---

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 6551116
Court: OREGON DISTRICT COURT
Amount: $402.00
Tracking Id: AORDC-8199043
Approval Code: 07312G
Card Number: ************4726
Date/Time: 08/18/2021 06:56:27 ET

NOTE: This is an automated message. Please do not reply

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: OREGON DISTRICT COURT
**Date:** August 18, 2021 at 4:04 PM
**To:** parker@tebbuttlaw.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 6551116
Court: OREGON DISTRICT COURT
Amount: $402.00
Tracking Id: AORDC-8199174
Approval Code: 01368G
Card Number: ************4726
Date/Time: 08/18/2021 07:04:49 ET

NOTE: This is an automated message. Please do not reply