TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar. No. 312611)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 6:21-cv-01227-MC<br>) |
| **DAVID WARNACK**, *et al.*, | )<br>) |
| Defendants. | ) **JOINT STATUS REPORT**<br>) |
| **FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:21-cv-1228-MC<br>) |
| **DAVID WARNACK**, *et al.*, | )<br>) |
| Defendants. | ) |

In accordance with the Court's November 18, 2021, minute order (ECF No. 32), the parties hereby submit their status report to the Court.

Upon agreement of the parties, the Court stayed this matter pending settlement discussions by the parties. The parties have been unable to arrive at a resolution of this case. Therefore, the parties propose that on or before December 21, 2021, the parties will file their respective proposals for further activity in this case.

Respectfully submitted this 17th day of December, 2021.

s/ Oliver J.H. Stiefel (*with permission*)
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Cascadia Plaintiffs*

s/ Timothy M. Bechtold (*with permission*)
Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

B. Parker Jones (OSB #191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
541-344-3505
parker@tebbuttlaw.com

*Attorneys for FSEEE Plaintiffs*

TODD KIM
Assistant Attorney General
United States Department of Justice

Environment & Natural Resources Division

*/s/ Krystal-Rose Perez*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*