Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

    *Attorneys for Cascadia Plaintiffs*

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

B. Parker Jones (OSB #191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
541-344-3505
parker@tebbuttlaw.com

    *Attorneys for FSEEE Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| **CASCADIA WILDLANDS**, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 6:21-cv-01227-MC |
| **DAVID WARNACK**, *et al.*, | ) ) |
| Defendants. | ) |

| | |
|---|---|
| **FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS**,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID WARNACK**, *et al.*,<br><br>Defendants. | **PLAINTIFFS' STATUS REPORT**<br><br><br>Case No. 6:21-cv-1228-MC |

In accordance with the Court's November 18, 2021, minute order (ECF No. 32) and the parties' joint status report (ECF No. 33) Plaintiffs hereby submit their position regarding further matters in this case.

Plaintiffs' position:

On November 18, upon agreement of the parties, the Court stayed this matter pending settlement discussions by the parties. The parties have unable to arrive at a resolution of this case. There has been a preliminary injunction in place since November 5, 2021. Plaintiffs filed their Complaints on August 18, 2021. Defendants have not yet answered the Complaint. Plaintiffs respectfully request the Court to lift the current stay so that parties can proceed to brief summary judgment and resolve this matter on the merits. If Defendants wish to move to modify the preliminary injunction, they may do so pursuant to the limits and timelines established by the Local Rules.

Respectfully submitted this 20th day of December, 2021.

/s/ Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214

Fax: (503) 296-5454

*Attorneys for Cascadia Plaintiffs*

/s/ Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

B. Parker Jones (OSB #191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
541-344-3505
parker@tebbuttlaw.com

*Attorneys for FSEEE Plaintiffs*